# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV11-2543-CAS(PLAx) | | Date | March 30, 2011 |
|---|---|---|---|---|
| Title | *EMILIO JOYA v. AURORA LOAN SERVICES, INC.; ET AL.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present/Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that the parties show cause in writing not later than **April 20, 2011** why the above-referenced action should not be dismissed for being duplicative of Case No. CV11-2339-CAS(RZx), which was removed to this Court on March 18, 2011, and for failure to file a Notice of Joinder in Removal in Case No. CV11-2339-CAS(RZx). Both cases appear to be identical, as both actions arise from Superior Court of California, County of Los Angeles Case No. BC455367.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |